UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KEVIN BYERLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:15-cv-00401-WTL-MJD |
| ) | |
| PRAIRIE FARMS DAIRY, INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S DISCLOSURE STATEMENT

Prairie Farms Dairy, Inc. submits the following Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1:

1. The parent companies of the corporations: None.

2. Any publicly held company that owns ten percent (10%) or more of the corporations: None.

Respectfully submitted,

**HESSE MARTONE, P.C.**

By:   s/ Matthew B. Robinson
      Andrew J. Martone
      Matthew B. Robinson
      Michael P. Schmitt
      13354 Manchester Road, Suite 100
      St. Louis, MO 63131
      (314) 862-0300 - Telephone
      (314) 862-7010 - Facsimile
      andymartone@hessemartone.com
      mattrobinson@hessemartone.com
      mikeschmitt@hessemartone.com

Dated: January 4, 2016.

*Attorneys for Defendant*
*Prairie Farms Dairy, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system on this 4th day of January, 2016 and will be automatically served by the Court system to the following:

    Eric A. Frey
    Frey Law Firm
    Suite B13
    401 Ohio Street
    Terre Haute, IN  47807
    freylaw@aol.com

    *Attorneys for Plaintiff*

                                                   s/ Matthew B. Robinson

Hesse Martone, P.C.
Suite 100
13354 Manchester Road
St. Louis, MO 63131